O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR11-482-CAS |
| Plaintiff, | |
| v. | FINAL REVOCATION OF PROBATION AND JUDGMENT |
| JOSE LUIS FLORES, | |
| Defendant. | |

On February 6, 2014, this matter came before the Court on Petition on Probation and Supervised Release originally filed on December 26, 2013. Government counsel, Cathy Ostiller, the defendant and his retained attorney, Martin Wolf, were present. The U.S. Probation Officer, Robert Chavez, was also present.

The defendant admitted the allegations, in violation of his probation, as stated in the Petition filed on December 26, 2013. The Court finds that the defendant is in violation of the terms and conditions of his probation imposed on May 31, 2012.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's probation is revoked and reinstated, under the same terms and conditions previously imposed, with the added condition, as follows:

///

///

///

- Upon release from imprisonment, the defendant shall reside at an Inpatient Treatment Facility, for a period not to exceed six (6) months, and shall comply with all rules and regulations of that facility, until discharged by the program director, with the approval of the Probation Officer.

Bond is exonerated forthwith. Defendant is ordered released forthwith, Release No. 13261.

FILE/DATED:   February 6, 2014

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
Catherine M. Jeang, Deputy Clerk