O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR11-482-CAS |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF PROBATION |
| JOSE LUIS FLORES, ) | AND JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On June 24, 2014, this matter came before the Court on Petition on Probation and Supervised Release originally filed on June 18, 2014. Government counsel, Cathy Ostiller, the defendant and his retained attorney, Martin Wolf, were present. The U.S. Probation Officer, Robert Chavez, was also present.

The defendant admitted the allegations, in violation of his probation, as stated in the Petition filed on June 18, 2014. The Court finds that the defendant is in violation of the terms and conditions of his probation imposed on May 31, 2012 and February 6, 2014.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's probation is revoked. Defendant is sentenced to the custody of the Bureau of Prisons for a term of six (6) months, with no supervision to follow.

IT IS FURTHER ORDERED that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon, July 15, 2014. In the absence of such designation, the defendant shall report on or before the same date and time, to the

1  United States Marshal located at:  Roybal Federal Building, 255 East Temple Street, Los
2  Angeles, California 90012.
3
4  FILE/DATED:      June 30, 2014
   _____
5  CHRISTINA A. SNYDER
   UNITED STATES DISTRICT JUDGE
6  TERRY NAFISI, CLERK
7
8  By: ___/S/_____
       Catherine M. Jeang,  Deputy Clerk

2